**Willard LONG, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10394.**

Circuit Court of Appeals, Sixth Circuit.

April 2, 1947.

Willard Long, in pro. per., of Leavenworth, Kan., and Wm. Deupree, Jr., of Covington, Ky., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

On appeal from an order denying a motion to again correct a sentence previously corrected at the instance of the appellant, and for a writ of habeas corpus, and it appearing that the circumstances are not distinguishable from those involved in Coy v. United States, 6 Cir., 156 F.2d 293, and nothing appearing to cast doubt upon the soundness of the decision in the Coy case, wherefore upon the authority of the Coy case and Holbrook v. United States, 8 Cir., 136 F.2d 649, it is ordered that the judgment below be, and it is in all respects, affirmed.

**WM. S. LOZIER, Inc., a New York Corporation, et al., Appellants, v. EVANS ELECTRICAL CONSTRUCTION COMPANY, a Missouri Corporation, et al.**

**No. 13551.**

Circuit Court of Appeals, Eighth Circuit.

April 24, 1947.

Sam M. Wear, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., and Isidor Lazarus, Atty., Department of Justice, of New York City, for appellant.

Roy W. Rucker and Lancie L. Watts, both of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court, 68 F.Supp. 256, docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

**EVANS ELECTRICAL CONSTRUCTION COMPANY, a Missouri Corporation, et al., Appellants, v. WM. S. LOZIER, Inc., a New York Corporation, et al.**

**No. 13552.**

Circuit Court of Appeals, Eighth Circuit.

April 24, 1947.

Roy W. Rucker and Lancie L. Watts, both of Kansas City, Mo., for appellants.

Sam M. Wear, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., and Isidor Lazarus, Atty., Department of Justice, of New York City, for appellees.

PER CURIAM.

Appeal from District Court, 68 F.Supp. 256, docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.